STATE v. HOPKINS

No. 49 PC.

Case below: 24 N.C. App. 687.

Petition for writ of certiorari to North Carolina Court of Appeals denied 2 April 1975.

STATE v. JARRELL

No. 32 PC.

Case below: 24 N.C. App. 610.

Petition for writ of certiorari to North Carolina Court of Appeals denied 2 April 1975. Motion of Attorney General to dismiss appeal for lack of substantial constitutional question allowed 2 April 1975.

STATE v. LEE

No. 37 PC.

Case below: 23 N.C. App. 560.

Petition for writ of certiorari to North Carolina Court of Appeals denied 2 April 1975.

STATE v. LEE

No. 54.

Case below: 24 N.C. App. 666.

Petition for writ of certiorari to North Carolina Court of Appeals allowed 2 April 1975.

STATE v. MASON

No. 43 PC.

Case below: 24 N.C. App. 568.

Petition for writ of certiorari to North Carolina Court of Appeals denied 2 April 1975.